UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jessica M. Brown, | Case No. 2:23-cv-02087-APG-DJA |
| Plaintiff, | |
| v. | Order |
| Case #C-23-370497-1, et al., | |
| Defendants. | |

Before the Court are *pro se* Plaintiff Jessica M. Brown's initiating documents. (ECF No. 1). However, Plaintiff has yet to pay the filing fee or apply to proceed without paying the filing fee.[1] Although Plaintiff initiated this action by filing documents, she must apply to proceed *in forma pauperis* to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Plaintiff one opportunity to file an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **January 22, 2024** to proceed with this case.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **January 22, 2024**, Plaintiff will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

---

[1] Proceeding without paying the filing fee is referred to as proceeding *in forma pauperis*.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before **January 22, 2024**, the Court will recommend dismissal of this action.

DATED: December 21, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE