UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jessica M. Brown, | Case No. 2:23-cv-02087-APG-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| Case #C-23-370497-1, et al., | |
| Defendants. | |

The Court previously granted Plaintiff's request to proceed *in forma pauperis* and screened the complaint under 28 U.S.C. § 1915. (ECF No. 8). On screening, the Court dismissed Plaintiff's complaint with leave to amend, giving Plaintiff until April 10, 2024 to file her amended complaint. (*Id.* at 5). That deadline has passed. In ordering the amended complaint, the Court explained that "[f]ailure to comply with this order may result in the recommended dismissal of this case." (*Id.* at 5). To date, the Court has not received an amended complaint or any request to extend the deadline for filing one.

However, Plaintiff has filed two "exhibits" and attempted to file a letter. It is unclear if these are Plaintiff's attempts at amending her complaint. The Court informs Plaintiff that her exhibits and letter are not acceptable forms of an amended complaint. If Plaintiff chooses to amend her complaint, she must title that amendment "First Amended Complaint" or check the box for "First Amended Complaint" on the Civil Rights Complaint by an Inmate form. In an abundance of caution, the Court will give Plaintiff an additional thirty days to file an amended complaint. The Court will also send Plaintiff a courtesy copy of the Civil Rights Complaint by an Inmate form.

1     **IT IS THEREFORE ORDERED** that Plaintiff shall have until **May 17, 2024** to file an

2   amended complaint.  Plaintiff's amended complaint must be titled "First Amended Complaint" or

3   Plaintiff must check the box for "First Amended Complaint" on the Civil Rights Complaint by an

4   Inmate form.

5     **IT IS FURTHER ORDERED** that, if Plaintiff chooses to amend the complaint, Plaintiff

6   is informed that the Court cannot refer to a prior pleading (i.e., the original complaint) to make

7   the amended complaint complete.  This is because, generally, an amended complaint supersedes

8   the original complaint.  Local Rule 15-1(a) requires that an amended complaint be complete

9   without reference to any prior pleading.  Once a plaintiff files an amended complaint, the original

10   complaint no longer serves any function in the case.  Therefore, in an amended complaint, as in

11   an original complaint, each claim and the involvement of each Defendant must be sufficiently

12   alleged.  **Failure to comply with this order may result in the recommended dismissal of this**

13   **case.**

14     **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff

15   a copy of the Civil Rights Complaint by an Inmate form.

16

17     DATED: April 17, 2024

18

19

20                 DANIEL J. ALBREGTS
                        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28